Dennis Winters CA Bar #89872
**Winters Law Firm**
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Counsel for American Express National Bank

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re DANIEL HALEVY,<br><br>DEBTOR. | ) | CASE NO. 2:24-bk-12075-VZ<br>CHAPTER 11<br><br>HON. VINCENT P. ZURZOLO |
| AMERICAN EXPRESS NATIONAL BANK,<br><br>PLAINTIFF,<br><br>v.<br><br>DANIEL HALEVY aka DANIEL J. HALEVY,<br><br>DEFENDANT. | ) | ADV. NO.<br><br>**COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF DEBT UNDER <u>11 U.S.C. §523(a)(14A)</u>**<br>: |

Plaintiff, American Express National Bank ("American Express"), by and through its counsel, hereby represents as follows:

1. The Court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. 157(a), (b)(1), (b)(2)(I) (core proceeding), 1334(b) and 11 U.S.C. 523(c).

2. In accordance with Fed. R. Bankr. P. 7008, American Express consents to the entry of final orders and judgments by this Court.

3. On March 18, 2024, the Defendant, Daniel Halevy aka Daniel J. Halevy ("the Defendant") filed a Chapter 11 petition, commencing the above case.

4. American Express is the holder of a claim against the Defendant arising from American Express card account number xxxx-xxxxxx-x7000 ("the Account").

5. The Account was opened by the Defendant on or around August 22, 2012.

6. The balance on the Account as of the date of the filing of the Chapter 11 petition was $93,638.62.

7. The terms and conditions of the Account Agreement between Defendant and American Express calls for the payment of all costs, including reasonable attorneys' fees, expended by American Express in the collection of the Account, which is hereby requested in the following counts.

**FIRST COUNT**

8. Paragraphs 1 through 7 are hereby repeated and incorporated.

9. On February 9, 2024, the Defendant made two (2) charges totaling $66,776.06 to DOF PROPERTY TAX CHARGES and two (2) charges totaling $1,335.52 for related service fees on the Account. Together, these charges total $68,111.58.

10. American Express contends that the charges referenced in Paragraph 9 were incurred to pay a tax to a governmental unit, other than United States, that would be nondischargeable pursuant to 11 U.S.C. §523(a)(1).

11. Pursuant to 11 U.S.C. § 523(a)(14A), the charges referenced in Paragraph 9 are excepted from discharge.

12. The terms and conditions of the Account Agreement between the Defendant and American Express call for full payment of the charges due on the Account upon receipt of the monthly billing statement, with the exception of the Pay Over Time portion, which requires a minimum payment.

13. No payments were submitted towards the charges at issue.

14. A credit in the amount of $141.25 was applied to the Account. This credit was applied to a charge not at issue in this Complaint.

15. Payments and credits are applied in accordance with the terms and conditions of the Account Agreement between American Express and the Defendant.

16. Prior to incurring the charges referenced in Paragraph 9, the Account had a balance of $10,112.17, which was paid down to $141.25.

17. Attached hereto as Exhibit "A" is the relevant portion of the account statements for the Account which reflect the charge activity alleged in this Complaint.

18. American Express has sustained loss and damage in the amount of $68,111.58 on the Account as to the charges referenced in Paragraph 9.

19. For the foregoing reasons, a portion of the balance of the Account in the amount of $68,111.58 is nondischargeable pursuant to 11 U.S.C. §523(a)(14A).

WHEREFORE, Plaintiff, American Express National Bank, prays this Honorable Court for a nondischargeable judgment pursuant to 11 U.S.C. §523(a)(14A) against Defendant, Daniel Halevy aka Daniel J. Halevy, in the amount of $68,111.58, plus reasonable attorneys' fees and costs and for any such further relief as the Court may deem appropriate.

Respectfully Submitted

Counsel for American Express

Dated: June 13, 2024 By: */s/ Dennis Winters*

Dennis Winters CA Bar #89872
Winters Law Firm
23046 Avenida de la Carlota
Suite #600
Laguna Hills, CA 92653
Telephone: (714) 836-1381
Email: winterslawfirm@cs.com
Counsel for American Express National Bank

AMERICAN EXPRESS

**Business Gold Rewards**
DANIEL J HALEVY
DANIEL J HALEVY
Closing Date 03/12/24 Next Closing Date 04/11/24
Account Ending ■7000

**Customer Care:** 1-800-492-3344
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$85,922.49** |
| **Minimum Payment Due** | **$85,007.66** |
| **Payment Due Date** | **04/06/24** |

**Late Payment Warning:** If you do not pay the Minimum Payment Due by the Payment Due Date of 04/06/24, you may have to pay a late fee of $39.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Membership Rewards® Points**
Available and Pending as of 01/31/24
**1,172,215**
For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 4 years | $1,511 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Please refer to the **IMPORTANT NOTICES** section on **page 9.**

For information on your Pay Over Time feature and limit, see **page 7**

## Account Summary

| **Pay In Full Portion** | |
|---|---|
| Previous Balance | $8,614.45 |
| Payments/Credits | -$8,614.45 |
| New Charges | +$84,972.66 |
| Fees | +$0.00 |
| New Balance = | $84,972.66 |

| **Pay Over Time Portion** | |
|---|---|
| Previous Balance | $1,497.72 |
| Payments/Credits | -$1,497.72 |
| New Charges | +$949.83 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $949.83 |
| Minimum Due | $35.00 |

| **Account Total** | |
|---|---|
| **Previous Balance** | **$10,112.17** |
| Payments/Credits | -$10,112.17 |
| New Charges | +$85,922.49 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$85,922.49** |
| **Minimum Payment Due** | **$85,007.66** |

| | |
|---|---|
| **Pay Over Time Limit** | $1,500.00 |
| **Available Pay Over Time Limit** | $550.17 |
| Days in Billing Period: 32 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending ■7000**
Enter 15 digit account # on all payments.
Make check payable to American Express.

DANIEL J HALEVY
DANIEL J HALEVY
133 S PALM DR
APT 5
BEVERLY HILLS CA 90212-3546

Payment Due Date
**04/06/24**
New Balance
**$85,922.49**
Minimum Payment Due
**$85,007.66**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$ ________ . ____
**Amount Enclosed**

0766 08 4

EXHIBIT A

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest for Pay Over Time balances on your Account. Call the Customer Care number on page 3 for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**How to Avoid Paying Interest:** If you have a Pay Over Time balance, your due date is at least 25 days after the close of each billing period. We will not charge interest on charges added to a Pay Over Time balance if you pay the Account Total New Balance by the due date each month.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

**Billing Dispute Procedures**

What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at:
American Express, PO Box 981535, El Paso TX 79998-1535
In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* Describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 2 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we may not follow these procedures and you may have to pay the amount in question.

What Will Happen After We Receive Your Letter

When we receive your letter, we will do two things:

1. Within 30 days of receiving your letter, we will tell you that we received your letter. We will also tell you if we have already corrected the error.
2. We will investigate your inquiry and will either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

- We will not try to collect the amount in question.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

After we finish our investigation, one of two things will happen:

- If we made a mistake: You will not have to pay the amount in question or any interest or other fees related to that amount.
- If we do not believe there was a mistake: You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may report you as delinquent if you do not pay the amount we think you owe.

## Pay Your Bill with AutoPay

Deduct your payment from your bank account automatically each month.

- Avoid late fees
- Save time

Visit **americanexpress.com/autopay** today to enroll.

## Change of Address, phone number, email

- Online at **www.americanexpress.com/updatecontactinfo**
- Via mobile device
- Voice automated: call the number on the back of your card
- For name, company name, and foreign address or phone changes, please call Customer Care

**Please do not add any written communication or address change on this stub**

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**

EXHIBIT A

**Business Gold Rewards**
DANIEL J HALEVY
DANIEL J HALEVY
Closing Date 03/12/24

Account Ending ■7000

**Customer Care & Billing Inquiries** **1-800-678-0745**
International Collect 1-336-393-1111
Lost or Stolen Card 1-800-678-0745
Express Cash 1-800-CASH-NOW
**Large Print & Braille Statements** **1-800-678-0745**

**Hearing Impaired**
Online chat at americanexpress.com or use **Relay dial 711** and **1-800-678-0745**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

# Payments and Credits

## Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$8,614.45 | -$1,356.47 | -$9,970.92 |
| **Credits** | | | |
| DANIEL J HALEVY ■7000 | $0.00 | -$141.25 | -$141.25 |
| **Total Payments and Credits** | **-$8,614.45** | **-$1,497.72** | **-$10,112.17** |

## Detail

*Indicates posting date ♦ - denotes Pay Over Time activity

| Payments | | | Amount |
|---|---|---|---|
| 02/21/24* | DANIEL J HALEVY | MOBILE PAYMENT - THANK YOU | -$5,000.00 |
| 03/06/24* | DANIEL J HALEVY | MOBILE PAYMENT - THANK YOU | -$4,970.92 |

| Credits | | | Amount |
|---|---|---|---|
| 02/14/24 | DANIEL J HALEVY | LOWE'S OF MID CITY LOS ANGELES, CA 271<br>LOS ANGELES CA<br>323-617-9570 | -$141.25 ♦ |

# New Charges

## Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| DANIEL J HALEVY ■7000 | $84,822.19 | $898.33 | $85,720.52 |
| SUE HALEVY ■1029 | $150.47 | $51.50 | $201.97 |
| **Total New Charges** | **$84,972.66** | **$949.83** | **$85,922.49** |

## Detail

♦ - denotes Pay Over Time activity

**DANIEL J HALEVY**
Card Ending ■7000

| | | | | Amount |
|---|---|---|---|---|
| 02/08/24 | CHARIDY HILLEL HEBREW<br>+13475654943 | BEVERLY HILLS | CA | $180.00 |
| 02/09/24 | DOF PROPERTY TAX CHARGES<br>347242674 90212<br>GOVERNMENT SERVICES | NEW YORK CITY | NY | $58,123.91 |
| 02/09/24 | DOF PROPERTY TAX CHARGES<br>347249397 90212<br>GOVERNMENT SERVICES | NEW YORK CITY | NY | $8,652.15 |
| 02/09/24 | DOF/PROPERTY TAX SERV FE<br>347249401 90212<br>GOVERNMENT SERVICES | BROOKLYN | NY | $173.04 |

Continued on reverse

EXHIBIT A

**Detail Continued** ♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 02/09/24 | DOF/PROPERTY TAX SERV FE 347242679 90212 GOVERNMENT SERVICES | BROOKLYN | NY | $1,162.48 |
| 02/09/24 | WHOLEFDS BVH 10022 000010022 3102743360 | BEVERLY HILLS | CA | $10.18 |
| 02/10/24 | THE KNOT WORLDWIDE +18008434983 | CHEVY CHASE | MD | $692.64 |
| 02/12/24 | LOWE'S OF MID CITY LOS ANGELES, CA 271 323-617-9570 | LOS ANGELES | CA | $319.53 |
| 02/13/24 | THE HOME DEPOT 800-654-0688 | LOS ANGELES | CA | $65.30 |
| 02/13/24 | TOIREM.ORG CHARITY 000000001 8452864736 | BROOKLYN | NY | $101.00 |
| 02/13/24 | URTH CAFFE DOWNTOWN LA 000000001 2137974534 | LOS ANGELES | CA | $8.25 |
| 02/14/24 | LOWE'S OF MID CITY LOS ANGELES, CA 271 323-617-9570 | LOS ANGELES | CA | $15.91 |
| 02/15/24 | SPECTRUM CABLE SVC | 855-707-7328 | MO | $211.92 |
| 02/15/24 | KEREN HATZEDAKA 732-630-1924 | LAKEWOOD | NJ | $52.00 |
| 02/15/24 | TOIREM.ORG CHARITY 845-286-4736 | BROOKLYN | NY | $36.00 |
| 02/16/24 | AMERICAN FRIENDS OF YE 215-886-1234 | JENKINTOWN | PA | $500.00 |
| 02/17/24 | SQUARESPACE INC. 6465803456 | NEW YORK | NY | $276.00 |
| 02/20/24 | LOWE'S OF MID CITY LOS ANGELES, CA 271 323-617-9570 | LOS ANGELES | CA | $250.76 |
| 02/20/24 | ELAT KOSHER MARKET 310-659-7070 | LOS ANGELES | CA | $7.89 ♦ |
| 02/21/24 | LORDS INSURANCE AGENCY IN 00-080309122 999-9999999 | WESTMINSTER | CA | $6,569.44 |
| 02/22/24 | TESLA AUTO SERVICE | PALO ALTO | | $1,800.00 |
| 02/22/24 | CHABAD OF * 731X942 WE +19545472072 | SAN FRANCISCO | CA | $360.00 |
| 02/23/24 | LOWE'S OF MID CITY LOS ANGELES, CA 271 323-617-9570 | LOS ANGELES | CA | $33.90 ♦ |
| 02/24/24 | CHABADPICO.COM +14243896255 | LOS ANGELES | CA | $250.00 |
| 02/24/24 | CHARIDY LEVLA HACHNAS +13475654943 | LOS ANGELES | CA | $30.00 ♦ |
| 02/25/24 | SPECTRUM CABLE SVC | 855-707-7328 | MO | $169.71 |
| 02/26/24 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $9.99 ♦ |
| 02/28/24 | THE HOME DEPOT 1048 DAN 90017 | LOS ANGELES | CA | $271.99 |
| 02/29/24 | CHARIDY JEWISH FAMILY +13475654943 | LOS ANGELES | CA | $89.00 |

Continued on next page

EXHIBIT A

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/01/24 | AMERICAN AIRLINES<br>American Airlines<br>From: N.Y. J F KENNEDY I<br>To: LOS ANGELES INTERN, KONA<br>Carrier: AA, AA<br>Class: B, B<br>Ticket Number: 0012120743469<br>Date of Departure: 03/04<br>Passenger Name: HALEVY/DANIEL<br>Document Type: PASSENGER TICKET | 800-433-7300 | TX | $312.85 |
| 03/01/24 | GOOGLE *GSUITE_440SEAT<br>COMPUTER PROGRAMMING | CC@GOOGLE.COM | CA | $36.00 |
| 03/01/24 | SKIPLAGGED*SOUAON<br>+18122333334 | NEW YORK | NY | $35.00 ♦ |
| 03/01/24 | SKIPLAGGED*G5NG9B<br>+18122333334 | NEW YORK | NY | $35.00 ♦ |
| 03/01/24 | PAY*CAMP STONE 000937700001062<br>PAPERAPP@PAYSAFE.COM | BEACHWOOD | OH | $520.66 |
| 03/01/24 | AHAVAS CHESED<br>347-429-5000 | 347-429-5000 | NJ | $36.00 |
| 03/01/24 | LLOYD PEST CONTROL 650000011203034<br>8582742847 | SAN DIEGO | CA | $399.00 |
| 03/01/24 | CHABAD SOLA 899000002400370<br>CHABADSOLA@GMAIL.COM | LOS ANGELES | CA | $260.00 |
| 03/01/24 | SMART AND FINAL 310 310<br>213-747-6697 | LOS ANGELES | CA | $202.45 |
| 03/02/24 | DELTA AIR LINES<br>DELTA AIR LINES<br>From: LOS ANGELES INTERN<br>To: N.Y. J F KENNEDY I, PALM BEACH INTERNA<br>Carrier: DL, DL<br>Class: E, E<br>Ticket Number: 00622150710790<br>Date of Departure: 03/03<br>Passenger Name: HALEVY/DANIEL<br>Document Type: PASSENGER TICKET | ATLANTA | | $241.60 |
| 03/03/24 | BMC/SO CAL GAS COMPA<br>UTILITY | 800-427-2200 | CA | $1,001.50 |
| 03/03/24 | BMC/SO CAL GAS COMPA<br>UTILITY | 800-427-2200 | CA | $310.68 |
| 03/04/24 | ZOLA.COM FOR VENDORS<br>+14086579652 | NEW YORK | NY | $150.00 |
| 03/04/24 | TST* ALFRED - LAX - T3 300612867<br>3107173150 | LOS ANGELES | CA | $0.54 ♦ |
| 03/04/24 | MERKAZ STAM<br>718-773-1120 | BROOKLYN | NY | $34.40 |
| 03/04/24 | CENTO UNO PIZZERIA&SUS<br>718-844-1106 | BROOKLYN | NY | $23.57 |
| 03/04/24 | JUDAICA WORLD<br>TAX EXEMPT 11213 | BROOKLYN | NY | $8.00 ♦ |
| 03/04/24 | MERKAZ STAM<br>718-773-1120 | BROOKLYN | NY | $145.68 |
| 03/04/24 | MIKVAH YISROEL AT THE OHE 123500001207<br>718-221-0500 | CAMBRIA HEIGH | NY | $4.00 ♦ |
| 03/04/24 | LAMIKVAH.ORG<br>+13105504511 | LOS ANGELES | CA | $36.00 |
| 03/04/24 | CHOCOLATTE ESPRESSO BAR<br>squareup.com/receipts | Brooklyn | NY | $14.15 ♦ |
| 03/05/24 | ROBINSON ATTA<br>squareup.com/receipts | Los Angeles | CA | $50.00 |

Continued on reverse

EXHIBIT A

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 03/05/24 | KEHOT PUBLICATION SOCIETY 000000001 7187780226 | BROOKLYN | NY | $27.95 |
| 03/06/24 | EIDEN INC 023500000791868 310-231-9300 | LOS ANGELES | CA | $500.00 ♦ |
| 03/06/24 | DOLLARTREE 000007879 8775308733 VARIETY STORES | LOS ANGELES | CA | $1.37 ♦ |
| 03/07/24 | THE HOME DEPOT 1048 HOME SUPPLY WAREHOUSE | LOS ANGELES | CA | $92.46 ♦ |
| 03/07/24 | A PLUS PORTABLE SERVICES 0977 310-679-1747 | PARAMOUNT | CA | $126.03 ♦ |
| 03/10/24 | THE KNOT WORLDWIDE +18008434983 | CHEVY CHASE | MD | $692.64 |

**SUE HALEVY**
Card Ending ■ 1029

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 02/29/24 | GLATT WESTERN KOSHER 323-933-8283 | LOS ANGELES | CA | $150.47 |
| 03/11/24 | NEXTRES, LLC +18336394140 | NEWTOWN | PA | $51.50 ♦ |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $75.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 27.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

## Information on Pay Over Time

### There is a no pre-set spending limit on your Card

No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

### Pay Over Time Limit

There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $1,500.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

### Available Pay Over Time Limit

Your Available Pay Over Time Limit is $550.17 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

### Pay Over Time Setting: ON

The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.

EXHIBIT A

DANIEL J HALEVY Account Ending ███7000 p. 8/9

8 EXHIBIT A

## IMPORTANT NOTICES

### EFT Error Resolution Notice

In Case of Errors or Questions About Your Electronic Transfers Telephone us at 1-800-IPAY-AXP for Pay By Phone questions, at 1-800-528-2122 for Pay By Computer questions, and at 1-800-528-4800 for AutoPay and at 1-800-CASH NOW for Express Cash questions. You may also write us at American Express, Electronic Funds Services, P.O. Box 981531, El Paso TX 79998-1531, or contact us online at www.americanexpress.com/inquirycenter as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Notice of Change to the Membership Rewards® Program

**Effective June 12, 2024**

The 'Shop with Points at MembershipRewards.com' redemption option will no longer be available. All other Membership Rewards program redemption options are unaffected by this notice and will remain available to eligible Card Members unless otherwise noted, including 'Pay with Points at Checkout' with participating partners.

### Corrected Car Rental Loss and Damage Insurance Phone Numbers

The phone number for Car Rental Loss and Damage Insurance is 1-800-338-1670 (US) and 1-303-273-6497 (International). Please update your records.

### Membership Rewards® Program Updates

You can view a summary of updates to the Membership Rewards® program anytime, including information about the availability of redemption options, by visiting **americanexpress.com/mrupdates**.

*End of Important Notices.*

AMERICAN EXPRESS

**Business Gold Rewards**
DANIEL J HALEVY
DANIEL J HALEVY
Closing Date 04/11/24 Next Closing Date 05/12/24
Account Ending ███7000

**Customer Care:** 1-800-492-3344
**TTY:** Use Relay 711
**Website:** americanexpress.com

| | |
|---|---|
| **New Balance** | **$93,638.62** |
| **Minimum Payment Due** | **$92,462.93** |
| Includes the past due amount of $85,007.66 | |
| **Payment Due Date** | **05/06/24** |

**Membership Rewards® Points**
Available and Pending as of 02/29/24
**1,183,318**

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your Pay Over Time balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 6 years | $2,421 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is cancelled.

Please refer to the **IMPORTANT NOTICES** section on **page 5.**

For information on your Pay Over Time feature and limit, see **page 4**

## Account Summary

| | |
|---|---|
| **Pay In Full Portion** | |
| Previous Balance | $84,972.66 |
| Payments/Credits | -$0.00 |
| New Charges | +$7,420.27 |
| Fees | +$0.00 |
| New Balance = | $92,392.93 |
| **Pay Over Time Portion** | |
| Previous Balance | $949.83 |
| Payments/Credits | -$0.00 |
| New Charges | +$295.86 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $1,245.69 |
| Minimum Due | $70.00 |
| **Account Total** | |
| **Previous Balance** | **$85,922.49** |
| Payments/Credits | -$0.00 |
| New Charges | +$7,716.13 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$93,638.62** |
| **Minimum Payment Due** | **$92,462.93** |
| **Pay Over Time Limit** | $1,500.00 |
| **Available Pay Over Time Limit** | $254.31 |
| Days in Billing Period: 30 | |

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

**Account Ending ███7000**
Enter 15 digit account # on all payments.
Make check payable to American Express.

DANIEL J HALEVY
DANIEL J HALEVY
133 S PALM DR
APT 5
BEVERLY HILLS CA 90212-3546

Payment Due Date
**05/06/24**

New Balance
**$93,638.62**

Minimum Payment Due
**$92,462.93**

See reverse side for instructions on how to update your address, phone number, or email.

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES CA 90096-8000

$ __________ . ____
**Amount Enclosed**

EXHIBIT A

AMERICAN EXPRESS

**Business Gold Rewards**
DANIEL J HALEVY
DANIEL J HALEVY
Closing Date 04/11/24

Account Ending ██7000

| | |
|---|---|
| **Customer Care & Billing Inquiries** | **1-800-678-0745** |
| International Collect | 1-336-393-1111 |
| Lost or Stolen Card | 1-800-678-0745 |
| Express Cash | 1-800-CASH-NOW |
| **Large Print & Braille Statements** | **1-800-678-0745** |

**Hearing Impaired**
Online chat at **americanexpress.com** or use **Relay dial 711** and **1-800-678-0745**

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
PO BOX 96001
LOS ANGELES CA
90096-8000

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Total New Charges** | **$7,420.27** | **$295.86** | **$7,716.13** |

### Detail

♦ - denotes Pay Over Time activity

**DANIEL J HALEVY**
Card Ending ██7000

| Date | Description | | | Amount |
|---|---|---|---|---|
| 03/13/24 | SQUARESPACE INC.<br>6465803456 | NEW YORK | NY | $20.00 ♦ |
| 03/13/24 | THE UPS STORE<br>6307-POS6307B-16990212 | BEVERLY HILLS | CA | $275.86 ♦ |
| 03/17/24 | CITATION PERMITS PROCESSI 084870051444<br>9497526937 | 800-9892058 | CA | $1,603.50 |
| 03/18/24 | AZTECA ROLL OFF SERVICE 0947<br>323-232-0889 | LOS ANGELES | CA | $760.00 |
| 03/18/24 | LORDS INSURANCE AGENCY IN 00-080309122<br>999-9999999 | WESTMINSTER | CA | $4,264.50 |
| 03/19/24 | HARTFORD INS. PREMIUM<br>800-962-6170 | HARTFORD | CT | $792.27 |

## Fees

| | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

| | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

**About Trailing Interest**
You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest". Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens, we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

Continued on reverse

EXHIBIT A

## 2024 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2024 | $75.00 |
| Total Interest in 2024 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.
Variable APRs will not exceed 29.99%.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 29.99% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

### Information on Pay Over Time

**There is a no pre-set spending limit on your Card**
No Preset Spending Limit means your spending limit is flexible. Unlike a traditional card with a set limit, the amount you can spend adjusts based on factors such as your purchase, payment, and credit history.

**Pay Over Time Limit**
There is a limit to your Pay Over Time feature balance. Your Pay Over Time Limit is $1,500.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time Limit. You must pay in full all charges that are not placed into a Pay Over Time balance by the Payment Due Date.

**Available Pay Over Time Limit**
Your Available Pay Over Time Limit is $254.31 and is accurate as of your statement date. This Limit is the remaining amount that you can add to your Pay Over Time balance. The Available Pay Over Time Limit amount is calculated by subtracting your Pay Over Time balance from your Pay Over Time Limit. If you have a preset spending limit on your account that is less than your Pay Over Time Limit, you may not be able to use some or all of your Available Pay Over Time Limit.

**Pay Over Time Setting: ON**
The setting indicated above is accurate as of your statement closing date. For the most up to date setting, please refer to your online account. If your setting is On, eligible charges will be placed in your Pay Over Time balance up to your Pay Over Time Limit. If your setting is Off, all charges will be added to your Pay In Full balance and no new charges will be included in your Pay Over Time balance. If you have an existing Pay Over Time balance, you can continue to pay this off over time with interest, as long as you pay your minimum due each month by your Payment Due Date.