United States Bankruptcy Court

Central District of California

In re:  Case No. 24-12075-VZ

Daniel Halevy  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2

Date Rcvd: Feb 12, 2026      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

**Recip ID      Recipient Name and Address**
db      + Daniel Halevy, 8561 Horner Street, Los Angeles, CA 90035-3614

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

**Name      Email Address**

Bruce D Poltrock
     on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC bpoltrock@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Carol Chow
     on behalf of Debtor Daniel Halevy Carol.Chow@saul.com hannah.richmond@saul.com;easter.santamaria@saul.com;carol.chow@ecf.courtdrive.com;litigationdocketing@saul.com

Dennis C. Winters
     on behalf of Plaintiff American Express National Bank winterslawfirm@cs.com

Gerrick Warrington
     on behalf of Creditor Archway Broadway Loan SPE LLC gwarrington@frandzel.com, achase@frandzel.com,autodocket@frandzel.com

Gerrick Warrington
     on behalf of Creditor Archway Real Estate Income Fund I SPE I LLC gwarrington@frandzel.com,

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 12, 2026 | Form ID: pdf042 | Total Noticed: 1

achase@frandzel.com,autodocket@frandzel.com

Jacqueline L James
    on behalf of Creditor Harvest Small Business Finance  LLC jjames@buchalter.com, gvidales@buchalter.com;docket@buchalter.com;pjolley@buchalter.com

Kelly L Morrison
    on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov

Michael G Fletcher
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC mfletcher@frandzel.com, sking@frandzel.com,autodocket@frandzel.com

Paige Selina Poupart
    on behalf of Creditor Archway Real Estate Income Fund I SPE I  LLC ppoupart@frandzel.com, achase@frandzel.com

Tanya Behnam
    on behalf of Creditor Korth Direct Mortgage Inc. tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Todd S. Garan
    on behalf of Interested Party Courtesy NEF ch11ecf@aldridgepite.com  TSG@ecf.inforuptcy.com;tgaran@aldridgepite.com

Turner Falk
    on behalf of Defendant Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

Turner Falk
    on behalf of Debtor Daniel Halevy turner.falk@saul.com  tnfalk@recap.email

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Zev Shechtman
    on behalf of Debtor Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

Zev Shechtman
    on behalf of Defendant Daniel Halevy Zev.Shechtman@saul.com zshechtman@ecf.inforuptcy.com;hannah.richmond@saul.com;LitigationDocketing@saul.com

TOTAL: 16

**FILED & ENTERED**

**FEB 12 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY johnson   DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:  SEATON INVESTMENTS, LLC, -- *Already a dismissed case*<br><br>Debtor and Debtor-in-Possession<br><br>☐ Affects All Debtors<br><br>☒ Affects Case No.: 2:24-12074-VZ<br>   ALLAN GOMPERTS<br><br>☒ Affects Case No.: 2:24-12075-VZ<br>   DANIEL HALEVY<br><br>☒ Affects  Case No.: 2:24-12076-VZ<br>   SUSAN HALEVY<br><br>☐ Affects Case No.: 2:24-12080-VZ<br>   COLYTON INVESTMENTS, LLC –<br>   *Already a Dismissed Case*<br><br>☒ Affects Case No.: 2:24-12081-VZ<br>   BROADWAY AVENUE INVESTMENTS, LLC<br><br>☒ Affects 2:24-12082-VZ<br>   SLA INVESTMENTS, LLC<br><br>☒ Affects 2:24-12091-VZ<br>   NAGEV INVESTMENTS, LLC. | Case No.: 2:24-bk-12079-VZ<br><br>Jointly Administered With:<br>Case No.: 2:24-12074-VZ; Case No.: 2:24-12075-VZ;<br>Case No.: 2:24-12076-VZ; Case No.: 2:24-12080-VZ;<br>Case No.: 2:24-12081-VZ; Case No.: 2:24-12082-VZ;<br>Case No.: 2:24-12091-VZ<br><br>Chapter 11<br><br>**ORDER AFTER CONTINUED HEARING ON ORDER TO SHOW CAUSE WHETHER BANKRUPTCY CASES SHOULD BE DISMISSED:**<br><br>**1) THAT CAUSE IS NOT SHOWN; AND**<br><br>**2) THAT SIX REMAINING ARE DISMISSED EFFECTIVE ON JULY 3, 2026**<br><br>Continued Hearing<br>DATE:   January 27, 2026<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 1368, Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

On January 27, 2026, a continued hearing was held on an Order to Appear and File Written Explanation Whether Bankruptcy Cases Should be Dismissed, involving SEATON INVESTMENTS, LLC ("Debtor" and "Lead Case"), as well as seven related cases which are all jointly administered with the Lead Case as indicated in the caption of this order ("OSC," docket #367). Appearances are noted on the record. Based on a prior hearing, an order was entered dismissing the Lead case and the case of Colyton Investments, LLC. This hearing involved the six remaining cases that are checked in the caption.

Based on the findings and conclusions made at the hearing, **IT IS ORDERED:**

(1) Cause is not shown; and

(2) The remaining six cases are dismissed effective on July 3, 2026.

###

Date: February 12, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

-2-